UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GREATER STOCKTON CHAMBER OF
COMMERCE, et al.,

                            CIV. NO. S-09-3308 LKK/JFM

           Plaintiffs,

    v.

J. CLARK KELSO, et al.,                    O R D E R

          Defendants.
                                     /

    The court heard oral argument on petitioners' motion to remand this case on Monday, January 25, 2010. As explained at oral argument, petitioners are granted thirty (30) days to provide briefing and evidence concerning California Prison Healthcare Receivership Corp.'s allegedly inactive status and this allegation's relationship to the arguments made in the first amended petition. Briefing on this matter shall not exceed fifteen (15) pages. Respondents are granted fifteen (15) days thereafter to file a response, also not to exceed fifteen pages. Petitioners

1  may file a reply no later than seven (7) days thereafter, not to
2  exceed ten pages.[1]  A further hearing on the matter is set for
3  10:00 a.m. on March 22, 2010.
4      IT IS SO ORDERED.
5      DATED:  January 26, 2010.

	_____
	LAWRENCE K. KARLTON
	SENIOR JUDGE
	UNITED STATES DISTRICT COURT

---

[1] The court calls the parties' attention to the amendments to Fed. R. Civ. P. 6 that took effect on December 1, 2009.  In calculating the time periods above, the parties shall "count every day, including intermediate Saturdays, Sundays, and legal holidays," and to "include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(1)(B), (C).

2