UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GREATER STOCKTON CHAMBER OF
COMMERCE, et al.,

        CIV. NO. S-09-3308 LKK/JFM

    Plaintiffs,

    v.

J. CLARK KELSO, et al.,        O R D E R

    Defendants.
_____/

    A status conference in the above-captioned matter was held in chambers on February 24, 2010. Pursuant to this conference, the court ORDERS as follows:

    1.    Respondents shall file the administrative record no later than March 1, 2010. The courtesy copy delivered to chambers may be an electronic copy rather than a paper copy.

    2.    A schedule for briefing on the merits and for finalization of the administrative record will be

1 entered after the hearing presently set for March 22,
2 2010. Although the court does not set a date for filing
3 objections to the record at this time, petitioners are
4 advised to review the record when it is filed, and to be
5 prepared to file objections, if any, shortly after the
6 March 22, 2010 hearing date.
7 3. The parties have stipulated that in the event that the
8 court retains jurisdiction over the petition, state
9 procedures, in so far as they do not conflict with
10 federal procedure, will govern resolution of the
11 petition. The parties shall be prepared to inform the
12 court of these procedures, and to propose a schedule, at
13 the March 22 hearing.
14 IT IS SO ORDERED.
15 DATED: March 2, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2