FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (SBN 104363)
JAIME G. TOUCHSTONE (SBN 233187)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
mdoddfddcm.com
jtouchstone@fddcm.com

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
HARRIET A. STEINER (SBN 109436)
KIMBERLY E. HOOD (SBN 229195)
500 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.3900
Facsimile: 916.444.8334
hsteiner@mhalaw.com
khood@mhalaw.com

RECEIVER'S OFFICE OF LEGAL AFFAIRS
EVELYN M. MATTEUCCI (SBN 78859)
Chief Counsel, Construction
Office of the Receiver
California Prison Health Care Services
501 J Street, Suite 100
Sacramento, California 95814
Telephone: (916) 323-1738
Facsimile: (916) 323-1257
evelyn.matteucci@cdcr.ca.gov

*Attorneys for Respondents*
J. Clark Kelso, Receiver, and California
Prison Healthcare Receivership Corp.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| GREATER STOCKTON CHAMBER OF COMMERCE, et al., </br></br>Petitioners,</br></br>v.</br></br>J. CLARK KELSO, in his capacity as Receiver, et al.,</br></br>Respondents. | Case No. 2:09-cv-03308-LKK-JFM </br></br>**NOTICE OF TENTATIVE SETTLEMENT AND REQUEST FOR EXTENSION OF TIME; ORDER THEREON** |



1   NOTICE IS HEREBY GIVEN the parties have reached a tentative settlement agreement in the above captioned case. The parties believe they have reached agreement in principle on the material settlement deal terms (subject to obtaining governmental approvals), and are in the process of preparing an integrated global settlement agreement memorializing those agreed terms which they anticipate will be finalized and executed by the authorized representatives of all parties within the next three weeks, allowing the case to be dismissed in its entirety.

Given this status, and the parties' desire to facilitate the settlement process and to avoid unnecessary expense litigating the case, the parties request that the Court continue all litigation deadlines by thirty (30) days.

DATED:  April 26, 2010.

      McDONOUGH HOLLAND & ALLEN PC
      Attorneys at Law


By: _____/s/  Harriet A. Steiner_____
        HARRIET A. STEINER

Attorneys for Respondents J. Clark Kelso, Receiver, and California Prison Healthcare Receivership Corp.

DATED:  April 26, 2010.

FUTTERMAN DUPREE DODD CROLEY MAIER LLP


By: _____/s/  Martin H. Dodd_____
        MARTIN H. DODD

Attorneys for Respondents J. Clark Kelso, Receiver, and California Prison Healthcare Receivership Corp.



1  DATED: April 26, 2010.

2                                        RECEIVER'S OFFICE OF LEGAL AFFAIRS

3

4                                        By:    /s/ Evelyn M. Matteucci
                                                  EVELYN M. MATTEUCCI

5

6  Attorneys for Respondents J. Clark Kelso, Receiver, and California Prison Healthcare Receivership Corp.

7  DATED: April 26, 2010.

8  MILLER STARR REGALIA

9

10

11  By:    /s/ Arthur F. Coon
                  ARTHUR F. COON

12  Attorneys for Respondent California Department of Corrections and Rehabilitation

13

14  DATED: April 26, 2010.

15  HERUM CRABTREE

16

17  By:    /s/ Steven A. Herum
                  STEVEN A. HERUM

18

19  Attorneys for Petitioners Greater Stockton Chamber of Commerce, County of San Joaquin, and City of Stockton

20  DATED: April 26, 2010.

21

22  OFFICE OF THE SAN JOAQUIN COUNTY COUNSEL

23

24  By:    /s/ J. Mark Myles
                  J. MARK MYLES

25  Attorneys for Petitioner County of San Joaquin

26

27

28

1  DATED: April 26, 2010.

2                               OFFICE OF THE STOCKTON CITY ATTORNEY

3

4                               By:  /s/ Guy Petzold
                                     GUY PETZOLD

5

6                               Attorneys for Petitioner City of Stockton

7  IT IS SO ORDERED.

8  DATED: April 27, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT