FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (SBN 104363)
JAIME G. TOUCHSTONE (SBN 233187)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 399-3840
Facsimile: (415) 399-3838
mdoddfddcm.com
jtouchstone@fddcm.com

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
HARRIET A. STEINER (SBN 109436)
KIMBERLY E. HOOD (SBN 229195)
500 Capitol Mall, 18th Floor
Sacramento, California  95814
Telephone: 916.444.3900
Facsimile:  916.444.8334
hsteiner@mhalaw.com
khood@mhalaw.com

RECEIVER'S OFFICE OF LEGAL AFFAIRS
EVELYN M. MATTEUCCI (SBN 78859)
Chief Counsel, Construction
Office of the Receiver
California Prison Health Care Services
501 J Street, Suite 100
Sacramento, California 95814
Telephone: (916) 323-1738
Facsimile: (916) 323-1257
evelyn.matteucci@cdcr.ca.gov

*Attorneys for Respondents*
J. Clark Kelso, Receiver, and California
Prison Healthcare Receivership Corp.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GREATER STOCKTON CHAMBER OF COMMERCE, et al., <br><br> Petitioners, <br><br> v. <br><br> J. CLARK KELSO, in his capacity as Receiver, et al., <br><br> Respondents. | Case No. 2:09-cv-03308-LKK-JFM <br><br> **REQUEST FOR FURTHER EXTENSION TO EXECUTE AND IMPLEMENT SETTLEMENT WITH COURT FILINGS; ORDER THEREON** |

1

Request for Further Extension to Execute and Implement Settlement with Court Filings; Order Thereon
1342597v1 36363/0015                                                                          Case No. 2:09-cv-03308-LKK-JFM

1   NOTICE IS HEREBY GIVEN the parties have reached a settlement agreement in the above
2 captioned case, and that the State Respondents, on Wednesday, July 14, 2010, received authorization
3 to execute the settlement agreement.  The Petitioners have also received approval to execute the
4 settlement agreement.  All parties intend to execute the settlement agreement within the next thirty
5 (30) days based on the approvals from their respective governing bodies or approval authorities.  On
6 April 27, 2010, the Court granted a 30-day extension of all litigation deadlines to facilitate this
7 process, which is complex and time-consuming given the nature and number of parties and issues
8 involved..  On June 2, 2010, the Court granted a further 45-day extension to allow time to finalize
9 and document the settlement agreement.

10   The parties request that the Court grant a further extension of all litigation deadlines by an
11 additional forty-five (45) days to provide sufficient time for the parties to execute the settlement
12 agreement and file the appropriate court filings to fully resolve this matter.

13 DATED:  July 16, 2010.

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By:   /s/  Harriet A. Steiner
          HARRIET A. STEINER

Attorneys for Respondents J. Clark Kelso, Receiver, and California Prison Healthcare Receivership Corp.

19 DATED:  July 16, 2010.

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

By:   /s/  Martin H. Dodd
          MARTIN H. DODD

Attorneys for Respondents J. Clark Kelso, Receiver, and California Prison Healthcare Receivership Corp.



DATED:  July 16, 2010.

          RECEIVER'S OFFICE OF LEGAL AFFAIRS

          By:    /s/  Evelyn M. Matteucci
                  EVELYN M. MATTEUCCI

Attorneys for Respondents J. Clark Kelso, Receiver, and California Prison Healthcare Receivership Corp.

DATED:  July 16, 2010.

          MILLER STARR REGALIA

          By:    /s/  Arthur F. Coon
                  ARTHUR F. COON

Attorneys for Respondent California Department of Corrections and Rehabilitation

DATED: July 16, 2010.

          HERUM CRABTREE

          By:    /s/  Steven A. Herum
                  STEVEN A. HERUM

Attorneys for Petitioners Greater Stockton Chamber of Commerce, County of San Joaquin, and City of Stockton

DATED:  July 16, 2010.

          OFFICE OF THE SAN JOAQUIN COUNTY COUNSEL

          By:    /s/  J. Mark Myles
                  J. MARK MYLES

Attorneys for Petitioner County of San Joaquin


3

Request for Further Extension to Execute & Implement Settlement with Court Filings; Order Thereon
1342597v1 36363/0015   Case No. 2:09-cv-03308-LKK-JFM

1  DATED: July 16, 2010.

2                                       OFFICE OF THE STOCKTON CITY ATTORNEY

3

4                                 By:   /s/ John Luebberke
                                    JOHN LUEBBERKE

5                                 Attorneys for Petitioner City of Stockton

6  IT IS SO ORDERED.

7

8  DATED: July 20, 2010.

*[Signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4

Request for Further Extension to Execute & Implement Settlement with Court Filings; Order Thereon
Case No. 2:09-cv-03308-LKK-JFM
1342597v1 36363/0015

McDonough Holland & Allen PC
Attorneys at Law