Steven A. Herum – SBN: 90462
Brett S. Jolley – SBN: 210072
HERUM CRABTREE
*A California Professional Corporation*
2291 West March Lane, Suite B100
Stockton, California 95207
Telephone: (209) 472-7700

Attorneys for Petitioners Greater Stockton Chamber
of Commerce, County of San Joaquin, and City of Stockton

David E. Wooten, County Counsel – SBN: 114599
J. Mark Myles, Assistant County Counsel – SBN: 200823
Kristen M. Hegge, Chief Deputy County Counsel – SBN: 125210
OFFICE OF THE COUNTY COUNSEL
44 N San Joaquin St Ste 679
Stockton, CA 95202
Telephone: (209) 468-2980

Attorneys for Petitioner County of San Joaquin

John M. Luebberke, Interim City Attorney – SBN: 164893
OFFICE OF THE CITY ATTORNEY
425 N El Dorado St
Stockton, CA 95202-1951
Telephone: (209) 937-8009

Attorneys for Petitioner City of Stockton

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GREATER STOCKTON CHAMBER OF COMMERCE, ET AL., <br><br> Petitioners, <br><br> vs. <br><br> J. CLARK KELSO, in his Capacity as Receiver; ET AL., <br><br> Respondents. | Case No.: 2:09-CV-03308-LKK-JFM <br><br> **DISMISSAL WITH PREJUDICE** <br><br> Dept: Courtroom 4 <br> Judge: Judge Lawrence K. Karlton |

---

**DISMISSAL WITH PREJUDICE**

1  By and through their attorneys of record, Petitioners, GREATER STOCKTON CHAMBER OF COMMERCE, ET AL. and Respondents, J. CLARK KELSO, in his Capacity as Receiver; ET AL. hereby dismiss all of Petitioners' claims against Respondents with prejudice. The Court to retain jurisdiction (1) over the parties' Settlement Agreement and (2) each party shall bear its own costs, expenses and attorneys' fees except as otherwise provided by the Settlement Agreement and corresponding agreements.

Dated: August 2, 2010          HERUM CRABTREE,
                               *A California Professional Corporation*


                               By:   /s/ Steven A. Herum
                                     STEVEN A. HERUM
                                     Attorneys for Petitioners Greater Stockton
                                     Chamber of Commerce, County of San
                                     Joaquin, and City of Stockton

Dated: August 2, 2010          OFFICE OF THE SAN JOAQUIN COUNTY
                               COUNSEL


                               By:   /s/ J. Mark Myles
                                     J. MARK MYLES
                                     Attorneys for Petitioners County of San
                                     Joaquin

Dated: August 2, 2010          OFFICE OF THE STOCKTON CITY ATTORNEY


                               By:   /s/ John M. Luebberke
                                     JOHN M. LUEBBERKE
                                     Attorneys for Petitioner City of Stockton



*IT IS SO ORDERED*


Dated: August 3, 2010

                               _____
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

---
1
**DISMISSAL WITH PREJUDICE**

**PROOF OF SERVICE**

I, CAROL BRACKEN, certify and declare:

I am over the age of 18 years and not a party to this action. My business address is: HERUM CRABTREE, 2291 West March Lane, Suite B100, Stockton, California 95207. On the date set forth below, I served the following document(s):

**DISMISSAL WITH PREJUDICE**

**[ x ]  BY U.S. MAIL**. By enclosing the document(s) in a sealed envelope addressed to the person(s) set forth below, and placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

> David E. Wooten
> San Joaquin County Counsel
> 222 East Weber Avenue
> Room 711
> Stockton, CA 95202-2777

**[  ]  BY FACSIMILE**. By use of facsimile machine, telephone number (209) 472-7986. I caused the facsimile machine to print a transmission record of the transmission, a copy of which is attached to this declaration. The transmission was reported as complete and without error. [Cal. Rule of Court 2.301 and 2.306]

**[  ]  BY OVERNIGHT DELIVERY**. By enclosing the document(s) in an envelope or package provided by an overnight delivery carrier with postage thereon fully prepaid. [Code Civ. Proc., §§ 1013(c), 2015.5.] The envelope(s) were addressed to the person(s) as set forth below.

**[ X ]  ELECTRONICALLY**. By uploading the document listed above and e-filing and service of said document directly with the United States District Court's ECF website at: https://ecf.caed.uscourts.gov.

**PLEASE SEE ATTACHED SERVICE LIST**

**[  ]  BY PERSONAL SERVICE**. I personally served the following person(s) at the address(es) listed below:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 2, 2010                           _____/s/ Carol Bracken_____
                                                CAROL BRACKEN

---

2

**DISMISSAL WITH PREJUDICE**

# SERVICE LIST

*Attorneys for Respondents*
J. Clark Kelso, Receiver, and California Prison Healthcare Receivership Corp.

| | |
|---|---|
| Martin H. Dodd – SBN: 104363<br>Jaime G. Touchstone – SBN: 233187<br>FUTTERMAN DUPREE DODD CROLEY MAIER, LLP<br>180 Sansome Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 399-3840<br>Facsimile: (415) 399-3838<br>mdodd@fddcm.com<br>jtouchstone@fddcm.com | Harriet Steiner – SBN: 109436<br>Kimberly E. Hood – SBN: 229195<br>MCDONOUGH HOLLAND & ALLEN PC<br>500 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 444-3900<br>Facsimile: (916) 444-8334<br>hsteiner@mhalaw.com<br>khood@mhalaw.com |

Evelyn M. Matteucci – SBN: 78859
Chief Counsel, Construction
RECEIVER'S OFFICE OF LEGAL AFFAIRS
Office of the Receiver
California Prison Health Care Services
501 J Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 323-1738
Facsimile: (916) 323-1257
evelyn.matteucci@cdcr.ca.gov

*Attorneys for Respondent*
California Dept. of Corrections & Rehabilitation

| | |
|---|---|
| Arthur F. Coon – SBN: 124206<br>Stephen E. Velyvis – SBN: 205064<br>Carolyn Nelson Rowan – SBN: 238526<br>MILLER STARR REGALIA<br>A Professional Law Corporation<br>1331 N. California Blvd., Fifth Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 935-9400<br>Facsimile: (925) 933-4126<br>arthur.coon@msrlegal.com<br>stephen.velyvis@msrlegal.com<br>carolyn.rowan@msrlegal.com | Benjamin Rice, Chief Counsel<br>Mark A. Mustybrook, Assistant Chief Counsel<br>Office of Legal Affairs<br>California Dept. of Corrections & Rehabilitation<br>1515 S Street, Suite 502 S<br>Sacramento, CA 95811<br>benjamin.rice@cdcr.ca.gov |

| *Attorneys for Petitioner County of San Joaquin* | *Attorneys for Petitioner City of Stockton* |
|---|---|
| J. Mark Myles, Assistant County Counsel<br>Kristen M. Hegge, Chief Deputy County Counsel<br>Office of the County Counsel<br>44 N. San Joaquin Street, Suite 679<br>Stockton, CA 95202<br>jmyles@sjgov.org<br>khegge@sjgov.org | John M. Luebberke, Interim City Attorney<br>Office of the City Attorney<br>425 N. El Dorado Street<br>Stockton, CA 95202-1951<br>ren.nosky@ci.stockton.ca.us |

---
3
**DISMISSAL WITH PREJUDICE**